IN THE MATTER OF THE CUSTODY OF CHARLES RAY JONES

No. 7130DC45

(Filed 28 April 1971)

**Infants § 9— child custody proceeding — conclusiveness of findings of fact**

Findings of fact in a child custody proceeding are conclusive on appeal when supported by competent evidence.

APPEAL by respondent Betty Ann Green Jones from *Leatherwood, District Judge,* 31 August 1970 Session, SWAIN County District Court.

This is a proceeding by writ of *habeas corpus* to determine custody of an infant child brought by the father against the mother. After applying findings of fact and conclusions of law,

the trial judge entered an order placing the child in the custody of the father pending further order of the court. The respondent mother appealed to this Court.

*Monteith, Coward and Coward by Kent Coward for petitioner appellee.*

*Joseph Schenck for respondent appellant.*

VAUGHN, Judge.

Findings of fact made in proceedings to determine custody, when supported by competent evidence, are conclusive on appeal. *In re Orr*, 254 N.C. 723, 119 S.E. 2d 880. There is ample competent evidence to support the findings of fact of the trial judge and such findings of fact support the order entered. Such of appellant's assignments of error as were properly presented on the appeal have been carefully considered and are found to be without merit.

Affirmed.

Chief Judge MALLARD and Judge PARKER concur.